IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

    Plaintiff,                        No. CIV S-06-2368 MCE DAD P

    vs.

D.G. ADAMS, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

                                /

        Plaintiff is a state prisoner proceeding pro se. The above-captioned case was opened on October 26, 2006, when the court received three copies of plaintiff's 55-page complaint. The court's own records reveal that on October 20, 2006, plaintiff filed a 55-page complaint containing identical allegations against the same defendants. (See Mitchell v. Adams, et al., case No. Civ. S-06-2321 GEB GGH P ).[1] The pleadings in the two cases differ only in the signature and mailing dates entered on pages 54 and 55. Due to the duplicative nature of the present action, the court will recommend that this action be dismissed.

        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1    These findings and recommendations are submitted to the District Judge assigned
2 to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
3 served with these findings and recommendations, plaintiff may file written objections with the
4 court.  A document containing objections should be titled "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may, under certain circumstances, waive the right to appeal the District Court's
7 order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8 DATED: November 1, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 DAD:13:bb
mitc2368.23